United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAX LABS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILLIP MORRIS USA, INC.,<br><br>    Defendants.<br>_____/ | No. C 15-3766 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY FLOYD A. MANDELL** |

The *pro hac vice* application of Attorney Floyd A. Mandell (Dkt. No. 10) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Illinois" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: August 31, 2015.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE