Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAX LABS, INC., )
)  Case No: C15-3766 WHA
          Plaintiff(s), )
)  **APPLICATION FOR**
    v. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
PHILLIP MORRIS USA, INC. )  (CIVIL LOCAL RULE 11-3)
)
          Defendant(s). )

I, Julia L. Mazur, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff Pax Labs, Inc. in the above-entitled action. My local co-counsel in this case is Joel R. Weiner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 525 W. Monroe St., Suite 1900<br>Chicago, IL 60661 | 2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 902-5280 | (310) 788-4400 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| julia.mazur@kattenlaw.com | joel.weiner@kattenlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6309387.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/31/15

Julia L. Mazur
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Julia L. Mazur is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 1, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE