Reset Form

1

**UNITED STATES DISTRICT COURT**

2

**NORTHERN DISTRICT OF CALIFORNIA**

3

PAX Labs, Inc.                                                  )
                                                               )   Case No: C15-3766-WHA
4
                                                               )
                                          Plaintiff(s),        )   **APPLICATION FOR**
5                                                              )   **ADMISSION OF ATTORNEY**
                                                               )   **PRO HAC VICE**
          v.                                                   )   (CIVIL LOCAL RULE 11-3)
6    Philip Morris USA Inc.                                    )
                                                               )
7                                        Defendant(s).         )
                                                               )

8

9    I, Ann K. Ford                                    , an active member in good standing of the bar of
     D.C. Court of Appeals          , hereby respectfully apply for admission to practice *pro hac vice* in the
10   Northern District of California representing: defendant Philip Morris USA Inc.          in the
     above-entitled action. My local co-counsel in this case is Rachel E. K. Lowe                     , an
11   attorney who is a member of the bar of this Court in good standing and who maintains an office
12   within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 500 8th Street, NW<br>Washington, DC  20004 | 2000 Avenue of the Stars, Ste. 400, North Tower<br>Los Angeles, CA  90067-4704 |
| My telephone # of record:<br>(202) 799-4140 | Local co-counsel's telephone # of record:<br>(310) 595-3007 |
| My email address of record:<br>ann.ford@dlapiper.com | Local co-counsel's email address of record:<br>rachel.lowe@dlapiper.com |

13

14

15

16

17   I am an active member in good standing of a United States Court or of the highest court of
     another State or the District of Columbia, as indicated above; my bar number is: 341479          .

18   A true and correct copy of a certificate of good standing or equivalent official document from said
     bar is attached to this application.

19   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20   Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21   *I declare under penalty of perjury that the foregoing is true and correct.*

     Dated:                                         Ann K. Ford
22                                                        APPLICANT

23
     **ORDER GRANTING APPLICATION**
24   **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25   IT IS HEREBY ORDERED THAT the application of Ann K. Ford          is granted,
     subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26   appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27   designated in the application will constitute notice to the party.

28   Dated:  October 25, 2015.
                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*